# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Grimm, Terry Michael | Docket No. | 2:14CR00183-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Charles J. Kuipers, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Terry Michael Grimm, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 24th day of December, 2014, under the following conditions:

**Condition #16:** Defendant may not be in the presence of minors, unless a responsible adult, who is aware of the charges, is present at all times. May not frequent schools or playgrounds or other places where minors are known to congregate.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** While conducting a map review of the GPS-monitored locations that the defendant had traveled to, it was discovered Mr. Grimm stopped at a middle school on January 6, 2015. When questioned about the event, the defendant made an admission to going to the school and stated he went to the school with a friend to pick up the friend's child. Mr. Grimm also stated he was fully aware that it was a violation for him to go to the school and he voiced that fact to his friend, but despite that knowledge and understanding he still went to the school.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 8, 2015

by s/Charles J. Kuipers

Charles J. Kuipers
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

January 9, 2015

Date