UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>TERRY MICHAEL GRIMM,<br><br>　　　　　　　　　Defendant. | NO:  14-CR-0183-TOR<br><br>FINAL ORDER OF FORFEITURE |

BEFORE THE COURT is the United States' Motion for Order Declaring the Preliminary Order of Forfeiture Final (ECF No. 67).  The Court has reviewed the relevant pleadings and supporting materials, and is fully informed.  There being no reason to delay the entry of the unopposed Final Order of Forfeiture, the motion is granted.

On June 18, 2015, the Court entered the Preliminary Order of Forfeiture in accordance with 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2, forfeiting the following listed assets to the United States, subject to any third-party interests

FINAL ORDER OF FORFEITURE ~ 1

administered pursuant to Rule 32.2 and 21 U.S.C. § 853(n) as incorporated by 18 U.S.C. § 2253 (ECF No. 61):

    1) Black Homemade Desktop Computer, No Serial Number;

    2) Seagate 100GB Hard Drive, Model ST100827AS, Serial Number, 5LZ0PL1A; and,

    3) Western Digital 160GB Hard Drive, Model: WD1600JB, Serial Number: WCANM459444.

    seized from the Defendant's residence pursuant to a search warrant, on May 6, 2014.

The United States did not publish notice of the preliminary order of forfeiture, contending that since the value of the property is less than $1,000, publication was unnecessary pursuant to Rule G(4)(a)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as incorporated by Fed.R.Crim.P. 32.2(b)(6)(C).

Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), the Preliminary Order of Forfeiture became final as to the Defendant at the time of sentencing, and was made part of the sentence and included in the criminal judgment (ECF No. 65).

No petitions or claims for said assets have been filed by anyone. Accordingly, IT IS HEREBY ORDERED that:

1.    The United States' Motion for Order Declaring the Preliminary Order of Forfeiture Final (ECF No. 67) is **GRANTED**.

FINAL ORDER OF FORFEITURE ~ 2

2.      The June 18, 2015, Preliminary Order of Forfeiture (ECF No. 53) is final as to any and all third-party interests; and the assets are hereby forfeited to the United States.

3.      The forfeited assets shall be disposed of in accordance with law.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel.

**DATED** September 28, 2015.



THOMAS O. RICE
United States District Judge

FINAL ORDER OF FORFEITURE ~ 3