PROB 12C
(6/16)

Report Date: March 22, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Terry Michael Grimm | Case Number: 0980 2:14CR00183-TOR-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 16, 2015

| | |
|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) |
| Original Sentence: | Prison - 36 months      Type of Supervision: Supervised Release |
| | TSR - 120 months |
| Asst. U.S. Attorney: | James A. Goeke     Date Supervision Commenced: April 11, 2018 |
| Defense Attorney: | Matthew A. Campbell     Date Supervision Expires: April 10, 2028 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #17** : Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Terry Grimm violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about March 13, 2019.<br><br>On April 11, 2018, supervision commenced in this matter.  That same day, a supervision intake was completed.  Mr. Grimm signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court, which included the above-noted special condition number 17.<br><br>On March 13, 2019, Mr. Grimm reported to the U.S. Probation Office and submitted to a urinalysis test.  The sample tested presumptive positive for methamphetamine.  Mr. Grimm denied use and the sample was sent to the lab for additional testing.<br><br>On March 18, 2019, the lab results were received, which confirmed a positive presence for methamphetamine.  Despite lab confirmation, Mr. Grimm continues to deny methamphetamine use. |

Prob12C
**Re: Grimm, Terry Michael**
**March 22, 2019**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 22, 2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✔]   The Issuance of a Summons
[ ]   Other

_Thomas O. Rice_
Signature of Judicial Officer

March 25, 2019
Date