PROB 12C
(6/16)

Report Date: October 22, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Terry Michael Grimm       Case Number: 0980 2:14CR00183-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 16, 2015

| | | |
|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | |
| Original Sentence: | Prison - 36 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: April 11, 2018 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: April 10, 2028 |

## PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/22/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.<br><br>**Supporting Evidence**: Terry Grimm violated the terms of his supervised release by associating with a convicted felon, without prior approval, on or about, September 23, 2019.<br><br>On April 11, 2018, supervision commenced in this matter.  That same day, a supervision intake was completed. Mr. Grimm signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court, which included the above-noted standard condition number 9.<br><br>On September 23, 2019, at approximately 11:45 a.m., an unscheduled  home visit was conducted at Mr. Grimm's residence.  A male, later identified as Jared Cochran, answered the door, he appeared to have just woken up.  He indicated Mr. Grimm and his girlfriend were home and agreed to wake them up.  All individuals confirmed that Mr. Cochran had stayed at the residence the prior evening. |

Prob12C
**Re: Grimm, Terry Michael**
**October 22, 2019**
**Page 2**

        Mr. Cochran provided the undersigned officer his Washington State identification card and advised that he was not a felon. A criminal records check was completed on Mr. Cochran, which revealed that Mr. Cochran is a felon and a registered sex offender. His convictions include rape, kidnaping, and multiple assaults, to include a pending assault case.

3        <u>**Special Condition #17**</u>: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        <u>**Supporting Evidence**</u>: Terry Grimm violated the terms of his supervised release by submitting a urinalysis that revealed positive for a controlled substance, cocaine, on or about October 9, 2019.

        On April 11, 2018, supervision commenced in this matter. That same day, a supervision intake was completed. Mr. Grimm signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court, which included the above-noted special condition number 17.

        On October 9, 2019, Mr. Grimm reported to the U.S. Probation Office and submitted to a urinalysis test. The sample tested presumptive positive for cocaine. Mr. Grimm denied use and the sample was sent to the lab for additional testing.

        On October 11, 2019, the undersigned officer contacted Mr. Grimm by phone. Mr. Grimm immediately acknowledged that he has a problem and admitted to consuming cocaine on October 7, 2019.

        On October 16, 2019, the lab results were received, which confirmed a positive presence for cocaine. In addition, the sample was noted to be a dilute specimen.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 22, 2019

        s/Melissa Hanson

        Melissa Hanson
        U.S. Probation Officer

**Prob12C**
**Re: Grimm, Terry Michael**
**October 22, 2019**
**Page 3**

THE COURT ORDERS

[  ]  The Issuance of a Warrant
[✓]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[  ]  Defendant to appear before the Judge assigned to the
      case.
[✓]  Defendant to appear before the Magistrate Judge.
[  ]  Other

_____
Signature of Judicial Officer

October 23, 2019
_____

Date