Report Date: November 22, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 25, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Terry Michael Grimm | Case Number: 0980 2:14CR00183-TOR-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 16, 2015

| | |
|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) |
| Original Sentence: | Prison - 36 months<br>TSR - 120 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke |
| | Date Supervision Commenced: April 11, 2018 |
| Defense Attorney: | Matthew A. Campbell |
| | Date Supervision Expires: April 10, 2028 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/22/2019 and 10/22/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #17**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Grimm violated the terms of his supervised release by failing to appear for random urinalysis testing, on or about November 15, 2019.

On April 11, 2018, supervision commenced in this matter.  That same day, a supervision intake was completed.  Mr. Grimm signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court, which included the above-noted special condition number 17.

On October 11, 2019, due to use of illicit substances, Mr. Grimm was placed on random drug testing through Pioneer Human Services.  Mr. Grimm was directed to call each to day determine if his color was selected.  Mr. Grimm was advised to report to Pioneer on the days his color is selected and submit to urinalysis testing.

On November 15, 2019, Mr. Grimm failed to appear for random drug testing at Pioneer.

On November 18, 2019, Mr. Grimm reported as directed. He submitted to urinalysis testing, which tested negative for illicit substances.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 22, 2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[✓] Other: All pending violations will be addressed at the revocation of supervised release hearing set for 12/3/19 at 11:00 a.m.

Thomas O. Rice
Signature of Judicial Officer

November 25, 2019
Date