PROB 12C
(6/16)

Report Date: June 3, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Terry Michael Grimm | Case Number: 0980 2:14CR00183-TOR-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: September 16, 2015 | |
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) |
| Original Sentence: Prison - 36 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: James Goeke | Date Supervision Commenced: April 11, 2018 |
| Defense Attorney: Federal Public Defender | Date Supervision Expires: April 10, 2028 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another federal, state or local crime. |
| | **Supporting Evidence**: Terry Grimm is considered to be in violation of his supervised release by being charged with assault in the second degree, unlawful imprisonment, and interfering with reporting domestic violence on our about June 2, 2021. |
| | On April 11, 2018, a U.S. probation officer went over conditions of supervision with Mr. Grimm. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court, which included mandatory condition number 2. |
| | On June 2, 2021, Spokane police responded to Mr. Grimm's residence after receiving a call from the offender's girlfriend, Cassandra Youso, where she could be heard asking to leave the residence and the offender denying her exit. |
| | When police arrived, Ms. Youso was at a neighbor's residence and cooperated with police. She reported she and the offender have been together for 2 years and on June 2, 2021, Mr. Grimm was yelling at her and blaming her for everything, as he had been doing for several months. Ms. Youso disclosed when she turned her back to the offender, he grabbed her in a choke hold. She stated Mr. Grimm attempted to choke her three times and she was able to defeat the hold each time. After the third choke hold, she reported the offender slapped her |

Prob12C
Re: Grimm, Terry Michael
June 3, 2021
Page 2

face and she fell to the ground into a fetal position. At that time, she was able to call the police by pressing the power button of her cell phone five time without dialing and unbeknownst to Mr. Grimm. While on the ground, she indicated the offender began to kick her and when she got up to run for an exit, Mr. Grimm blocked her escape. She reported she attempted to escape approximately five times before successfully escaping to a friend's apartment within the complex. During one of the attempts at escape, she reported the offender dragged her away from the door.

The police report indicates the police officer who questioned Ms. Youso was able to observe marks on her neck, chin, arm and rib area, scrapes on her knees, and a fresh rug-burn mark on her back.

After questioning Ms. Youso, attempts to contact the offender were made to see if he would voluntarily exit the apartment. The police report indicates they utilized a public announcement (PA) system and called Mr. Grimm's phone approximately 36 times with no response. Ultimately, police obtained a search warrant and entered the apartment. The offender then crawled out into the hallway and claimed he had been asleep during the attempted contact. He was then taken into custody without further incident.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 3, 2021

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

June 4, 2021
Date