PROB 12C
(6/16)

Report Date: February 10, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Terry Michael Grimm    Case Number: 0980 2:14CR00183-TOR-1

Address of Offender: ███████████████ , Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 16, 2015

| | |
|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) |
| Original Sentence: | Prison - 36 months;  Type of Supervision: Supervised Release |
| | TSR - 120 months |
| Revocation Sentence: (October 21, 2021) | Prison - 3 months |
| | TSR - 96 months |
| Asst. U.S. Attorney: | David Michael Herzog    Date Supervision Commenced: January 3, 2022 |
| Defense Attorney: | John Stephen Roberts, Jr.    Date Supervision Expires: January 2, 2030 |

## PETITIONING THE COURT

To issue a summons.

On January 22, 2022, the conditions of supervision were reviewed with Mr. Grimm. He signed his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #12:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from all alcohol, and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from the substance. |
| | **Supporting Evidence**: Mr. Grimm is alleged to have violated the terms of his supervised release by consuming alcohol on or about November 23, 2022. |
| | On November 29, 2022, this officer received information that Mr. Grimm may have been a person of interest in a hit and run at the Trent N' Dale Pub that took place on November 23, 2022. On the same date, this officer contacted Mr. Grimm and questioned him regarding the incident. Subsequently, Mr. Grimm admitted being at the pub and consuming alcohol on November 23, 2022. |

Prob12C
Re: Grimm, Terry Michael
February 10, 2023
Page 2

2 **Special Condition #2:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patches), as directed by the supervising officer, but no more 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Grimm is alleged to have violated the terms of his supervised release by using marijuana on or about November 23, 2022.

Mr. Grimm submitted to urinalysis testing on December 13, 2022, which resulted presumptive positive for marijuana. Mr. Grimm called this officer and admitted to using marijuana on November 23, 2022.

3 **Special Condition #2:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patches), as directed by the supervising officer, but no more 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Grimm is alleged to have violated the terms of his supervised release by using marijuana and ecstasy on or about February 5, 2023.

On February 7, 2023, Mr. Grimm was directed to submit to a random urinalysis test. In response to the request, Mr. Grimm admitted using marijuana and ecstasy on February 5, 2023.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 10, 2023

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge

February 10, 2023

Date