PROB 12C
(6/16)

Report Date: October 25, 2023

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Terry Michael Grimm | Case Number: 0980 2:14CR00183-TOR-1 |
| Address of Offender: ███████████████, Spokane Valley, Washington 99212 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 16, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | | |
| Original Sentence: | Prison - 36 months<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(October 21, 2021) | Prison - 3 months<br>TSR - 96 months | | |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: | January 3, 2022 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: | January 2, 2030 |

## PETITIONING THE COURT

To issue a summons.

On January 18, 2022, Mr. Grimm's conditions of supervised release were reviewed by his supervising officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2, by committing the offense of Driving Under the Influence of Alcohol, in violation of R.C.W. 46.61.502 GM, on or about October 22, 2023.<br><br>According to Spokane Police Department incident report number 2023-20210650, on or about October 22, 2023, officers were dispatched to a two-vehicle collision that occurred in Spokane, Washington. According to the complainant, she was stopped at a railroad crossing in her Chevrolet Traverse when she was struck from behind by a Chevrolet Cruz. She informed responding officers that she exited her vehicle after the collision to check on the occupants of the other vehicle and she observed a male, later identified as Mr. Grimm, in the driver's seat of the Chevrolet Cruz. She indicated that when the occupants of the Chevrolet Cruz exited the vehicle, Mr. Grimm indicated his wife had been driving the vehicle. |

Prob12C
Re: Grimm, Terry Michael
October 25, 2023
Page 2

> The officer then spoke to Mr. Grimm, as well as his wife, who was also in the Chevrolet Cruz at the time of the accident. Mr. Grimm denied being the driver of the Chevrolet Cruz, despite his wife and other witnesses identifying him as the driver of said vehicle. He was also uncooperative with officers as he failed to provide them with his identity. He was later identified during a search incident to arrest when his identification was located on his person. Officers observed a strong odor of alcohol emanating from Mr. Grimm during their interaction with him. Additionally, his pupils were dilated, his eyes were bloodshot, and his speech was slurred.
>
> It should be noted, Mr. Grimm's wife also appeared to be intoxicated and she informed officers that all of the occupants in her vehicle had been at a bar near their home. Officers also observed empty beer cans on the backseat floorboards of the Chevrolet Cruz.
>
> Given the above information, Mr. Grimm was placed under arrest for driving under the influence of alcohol and taken into custody. Upon arrival at the jail, he continued to be uncooperative and was disrespectful toward the officers. He ultimately refused to provide a breath sample and a warrant was approved for a blood draw. The blood test results are currently pending.
>
> On October 22, 2023, Mr. Grimm was released from custody on his own recognizance. He is scheduled to appear in Spokane Municipal Court on November 9, 2023, in case number 3A0679814.

2     **Special Condition #12**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

> **Supporting Evidence**: The offender is alleged to have violated special condition number 14, by consuming alcohol on or about October 22, 2023.
>
> As previously noted, Mr. Grimm was arrested for driving under the influence of alcohol on October 22, 2023. At that time, officers detected a strong odor of alcohol emanating from Mr. Grimm. It was also observed that his pupils were dilated, his eyes were bloodshot, and his speech was slurred.
>
> On October 24, 2023, Mr. Grimm reported to the probation office for a scheduled appointment. At that time, he admitted to consuming alcohol prior to the car accident that occurred on or about October 22, 2023. It should be noted, the incident report indicated that Mr. Grimm's wife stated they had been at a bar prior to the car accident; however, Mr. Grimm denied that he entered any bar establishment.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Grimm, Terry Michael**
**October 25, 2023**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 25, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge
October 25, 2023
Date