PROB 12C
(6/16)

Report Date: October 7, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 08, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Terry Michael Grimm | Case Number: 0980 2:14CR00183-TOR-1 |
| Address of Offender: ███████████████, Spokane Valley, Washington 99212 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 16, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | | |
| Original Sentence: | Prison - 36 Months;<br>TSR - 120 Months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(October 21, 2021) | Prison - 3 Months;<br>TSR - 96 Months | | |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: January 3, 2022 | |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: January 2, 2030 | |

## PETITIONING THE COURT

**To issue a WARRANT.**

On January 18, 2022, Mr. Terry Grimm signed his conditions relative to case number 2:14CR00183-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| 2 | **Special Condition #12**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from all alcohol, and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from the substance. |
| | **Supporting Evidence**: Mr. Terry Grimm is alleged to have violated mandatory condition number 1, and special condition number 12, by being arrested for the offense of Driving Under the Influence on October 5, 2024, in violation of R.C.W. 46.61.502, a Gross Misdemeanor, by his admission to law enforcement as to his ingestion of alcohol. |

Prob12C
**Re: Grimm, Terry Michael**
**October 7, 2024**
**Page 2**

Specifically, on Saturday October 5, 2024, a number of automated notifications were received by the undersigned officer, indicating that Mr. Grimm's name had been run by law enforcement. The undersigned officer was able to subsequently verify that the subject had been booked into the Spokane County Jail for the offense of driving under the influence.

On October 6, 2024, the undersigned officer received a voice mail and a text message from Mr. Grimm, indicating his having spent the night in jail after having been "hit" with a "DUI" charge. Mr. Grimm further clarified that he "messed up really bad" and had made a bad decision. Mr. Grimm apologized, indicating that he realized that he had let everyone down.

On October 7, 2024, the relevant police reports were received reference case number 2024-10142536. According to the reports, on October 5, 2024, law enforcement observed a vehicle traveling eastbound on Trent Avenue, that was observed to have a headlight out. The deputy conducted a U-turn and began trying to catch up to the vehicle. As the deputy approached the intersection of Argonne Road and East Trent Avenue the deputy observed the vehicle turn northbound onto Argonne Road, but having turned into the oncoming southbound lanes of traffic, causing another vehicle traveling southbound to swerve out of the vehicle's path to avoid a potential "deadly encounter."

The deputy initiated a traffic stop, and the vehicle was observed to then "violently" swerve toward the right side of the road, striking the curb. The driver immediately exited the vehicle without being prompted and was identified as the subject. Mr. Grimm admitted to have had "a couple" of Mike's Hard Lemonades several hours ago, and the deputy observed that Mr. Grimm's eyes were "glassy", that he was emanating an odor of intoxicants, was having a hard time standing, and was swaying while trying to stand still. Mr. Grimm refused field sobriety testing, and provided an initial voluntary preliminary breath test of .132 at 1:03 a.m. Mr. Grimm was placed under arrest, and transported to the Public Safety Building, where he refused to provide a legal breath sample. Mr. Grimm was then transported to Deaconess Hospital, where a warrant was both sought and received, following which medical staff obtained a blood sample at 2:52 a.m. Mr. Grimm was then booked into the Spokane County Jail.

On October 7, 2024, Mr. Grimm contacted the undersigned officer, and apologized profusely for his conduct, advising that he would likely be pursuing some form of a deferred prosecution. Mr. Grimm further admitted that he had traveled to a neighbor's house and observed them to be drinking. Mr. Grimm indicated that he should have left, but that he didn't. Mr. Grimm then admitted that he made a bad decision worse by driving.

The U.S. Probation Office respectfully recommends the Court **issue a WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | October 7, 2024 |
| | s/ Chris Heinen |
| | Chris Heinen<br>U.S. Probation Officer |

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Thomas O. Rice
United States District Judge

October 8, 2024
_____
Date